Mojdeh Malekan, Esq.
**HASBANI & LIGHT, P.C.**
450 Seventh Avenue, Suite 1408
New York, New York 10123
Tel: (212) 643-6677
mmalekan@hasbanilight.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| Wickapogue 1 LLC, Nicole Gallagher, and Mark Gallagher, <br><br> Plaintiff, <br> -against- <br><br> Blue Castle (Cayman) Ltd., <br><br> Defendants. | Case No: 2:23-cv-00561-GRB-LGD <br><br> **NOTICE OF APPEARANCE** |
|---|---|

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendant, Blue Castle (Cayman) Ltd., in the above-entitled action. I am admitted or otherwise authorized to practice in this court.

Dated: New York, New York
      March 29, 2023

                                            */s/ Mojdeh Malekan, Esq.*

                                            Mojdeh Malekan, Esq.